## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY I. NEWKIRK and<br>RUTH A. NEWKIRK,<br><br>   Plaintiffs,<br><br> vs.<br><br>CONAGRA FOODS, INC., a Delaware corporation; SYMRISE, INC., a New Jersey Corporation; and CHR. HANSON INC., a Wisconsin Corporation,<br><br>   Defendants,<br><br>McGRATH NORTH MULLIN & KRATZ, PC LLO; SANDRA MORAR; and CONAGRA FOODS, INC.,<br><br>   Movants. | 8:10-cv-22-LSC-FG3<br><br>**ORDER TO SHOW CAUSE**<br><br>(Related Case No. CV-08-00273-FVS,<br>U.S. District Court, E.D. Wash.) |

  This matter is before the magistrate judge for full pretrial supervision.

  The records of the court show that, by letters dated January 1, 2010, the following attorneys were directed to register for admittance to practice in this district and to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") within fifteen (15) days:

| | |
|---|---|
| Scott A. Britton-Mehlisch<br>HUMPHREY, FARRINGTON LAW FIRM<br>P.O. Box 900<br>221 West Lexington, Suite 400<br>Independence, MO 64051 | Richard C. Eymann<br>EYMANN, ALLISON LAW FIRM<br>2208 West 2nd Avenue<br>Spokane, WA 99201 |
| Gregory J. Arpin<br>PAINE, HAMBLEN LAW FIRM<br>717 West Sprague Avenue<br>Suite 1200<br>Spokane, WA 99201 | Andrew J. Mitchell<br>PAINE, HAMBLEN LAW FIRM<br>717 West Sprague Avenue<br>Suite 1200<br>Spokane, WA 99201 |

The Clerk of the Court advises that, as of this date, none of these attorneys have complied with the requirements.

**IT IS ORDERED:**

1. On or before **May 10, 2010**, attorneys Scott A. Britton-Mehlisch, Gregory J. Arpin, Andrew J. Mitchell, and Richard C. Eymann shall register to practice in this district and register for the court's CM/ECF System or show cause by written affidavit why they cannot comply with the rules of the court.

2. The Clerk shall mail a copy of this order to attorneys Scott A. Britton-Mehlisch, Gregory J. Arpin, Andrew J. Mitchell, and Richard C. Eymann at their last known addresses.

**DATED April 30, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**