IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY I. NEWKIRK and RUTH A. NEWKIRK,<br><br>  Plaintiffs,<br><br>vs.<br><br>CONAGRA FOODS, INC., a Delaware corporation; SYMRISE, INC., a New Jersey Corporation; and CHR. HANSON INC., a Wisconsin Corporation,<br><br>  Defendants,<br><br>McGRATH NORTH MULLIN & KRATZ, PC LLO; SANDRA MORAR; and CONAGRA FOODS, INC.,<br><br>  Movants. | 8:10-cv-22-LSC-FG3<br><br>ORDER<br><br>(Related Case No. CV-08-00273-FVS, U.S. District Court, E.D. Wash.) |

The court has reviewed the responses (Filings 58 & 59) submitted by counsel in response to the court's April 30, 2010 Order to Show Cause.

**IT IS ORDERED** that the Order to Show Cause is deemed satisfied, and:

1. The Motion to Withdraw as Attorneys (Filing 58) is granted. Attorneys Scott A. Britton-Melhlisch and Richard C. Eymann are granted leave to with draw as counsel for the plaintiffs.

2. The Clerk shall terminate the appearances of Gregory J. Arpin and Andrew J. Mitchell as counsel for ConAgra Foods, Inc. in this matter.

3. For purposes of this case, attorneys Scott A. Britton-Melhlisch, Richard C. Eymann, Gregory J. Arpin and Andrew J. Mitchell are excused from registering to practice in the District of Nebraska and from registering for the court's CM/ECF System.

4. The Clerk shall terminate future notices to attorneys Scott A. Britton-Melhlisch, Richard C. Eymann, Gregory J. Arpin and Andrew J. Mitchell in this matter.

**DATED May 11, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**